CCC:EEA
F. #2018R01576

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 26 2022 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

GEORGE PAPAIOANNOU,

　　　　Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

I N D I C T M E N T

Cr. No. __CR 22        36__
(T. 18, U.S.C., §§ 981(a)(1)(C), 2314, 2
and 3551 et seq.; T. 21, U.S.C.,
§ 853(p); T. 28, U.S.C., § 2461(c))

**HURLEY, J.**

**LINDSAY, M.J.**

### INTERSTATE TRANSPORTATION OF STOLEN GOODS

　　　　1.　　In or about and between February 2017 and April 2017, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant GEORGE PAPAIOANNOU, together with others, did knowingly and intentionally transport, transmit and transfer in interstate and foreign commerce goods, merchandise and money, of the value of $5,000 or more, to wit: two ABB Robotics IRB 6700 robots, knowing the same to have been stolen.

　　　　(Title 18, United States Code, Sections 2314, 2 and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

　　　　2.　　The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property,

real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

FOREPERSON

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2018R01576

FORM DBD-34
JUN. 85

No. 

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

GEORGE PAPAIOANNOU,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 981(a)(1)(C), 2314, 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____ Foreperson

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

*Erin E. Argo, Assistant U.S. Attorney (631) 715-7846*