

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EEA
F. #2018R01576

*610 Federal Plaza*
*Central Islip, New York 11722*

January 27, 2022

By E-mail

The Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. George Papaioannou
           Criminal Docket No. 22-036 (DRH)

Dear Judge Lindsay:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                      Respectfully submitted,

                      BREON PEACE
                      United States Attorney

          By:      /s/
                      Erin E. Argo
                      Assistant U.S. Attorney
                      (631) 715-7846

Enclosure

cc:    Clerk of Court (by ECF)
       Tracey Gaffey, Esq. (by ECF)