AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| USA | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   22 CR 36 |
| George Papaioannou | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

George Papaioannou                                                                                                         .

Date:   08/30/0204

/s/ John A. Diaz
*Attorney's signature*

John A. Diaz, 4405783
*Printed name and bar number*

225 Broadway, Suite 715
New York, NY 10007

*Address*

johnadiazlaw@gmail.com
*E-mail address*

(212) 227-8208
*Telephone number*

(212) 566-8165
*FAX number*