

# Diaz & Moskowitz, PLLC
Attorneys at Law

**John A. Diaz, Esq.**  johnadiazlaw@gmail.com  www.dmlawny.com

Garden City Office:  
1225 Franklin Avenue  
Suite 325  
Garden City, NY 11530  
(516) 992-3496

New York Office:  
225 Broadway  
Suite 715  
New York, NY 10007  
(212) 227-8208

November 25, 2024

**VIA ECF**
The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re: **U.S. v. George Papaioannou,**
           **22 Cr. 36 (JMA)**

Dear Judge Azrack:

  I was assigned to represent George Papaioannou, the defendant in the above-referenced matter. A conference in this case is currently scheduled for December 3, 2024. The purpose of this letter is to respectfully request a 45-day adjournment of the conference. Counsel is still in the process of reviewing the discovery with Mr. Papaioannou. An adjournment of 45 days will provide sufficient time for counsel to review the discovery, meet with the client, and explore any possible resolution. This is counsel's first request for an adjournment of the conference and the Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the conference for 45 days. The Court's time and consideration of this matter are greatly appreciated.

             Respectfully submitted,

             /s/

             John A. Diaz, Esq.

cc: All counsel (*via ECF*)